No. 256.  In re Estate of Hurst, *ante,* p. 862;

No. 317.  Hardware Mutual Casualty Co. *v.* McIntyre, *ante,* p. 878;

No. 318.  United States Fidelity & Guaranty Co. *v.* Hart, *ante,* p. 878;

No. 319.  Standard Accident Insurance Co. *v.* Aguirre, *ante,* p. 878;

No. 110, Misc.  Jones *v.* United States, *ante,* p. 864; and

No. 327, Misc.  Chavez et al. *v.* Dickson, Warden, *ante,* p. 880.  Petitions for rehearing denied.

## December 10, 1962.

No. 91.  McLeod, Regional Director, National Labor Relations Board, *v.* Empresa Hondurena de Vapores, S. A.  Certiorari, 370 U. S. 915, to the United States Court of Appeals for the Second Circuit;

No. 93.  National Maritime Union of America, AFL–CIO, *v.* Empresa Hondurena de Vapores, S. A. Certiorari, 370 U. S. 915, to the United States Court of Appeals for the Second Circuit; and

No. 107.  McCulloch, Chairman, National Labor Relations Board, et al. *v.* Sociedad Nacional de Marineros de Honduras.  Certiorari, 370 U. S. 915, to the United States Court of Appeals for the District of Columbia Circuit.  The motion of Canada for leave to file brief, as *amicus curiae,* is granted.  Mr. Justice Goldberg took no part in the consideration or decision of this motion.  *Robert MacCrate* on the motion.

No. 62.  Northern Natural Gas Co. *v.* State Corporation Commission of Kansas.  Appeal from the